Name:  Adam Joiner

Address: 58835 Marbella

　　　　 La Quinta, CA 92253

Phone Number:  442.306.6431

Email Address:  adamjoiner741@gmail.com

*Pro Se*

```
                    FILED
            CLERK, U.S. DISTRICT COURT

            10/04/2023

        CENTRAL DISTRICT OF CALIFORNIA
        BY: _____AP_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Adam Joiner

**PLAINTIFF(S)**

v.

Janet Yellen, Secretary of the United States Treasury

or successor officer(s)

**DEFENDANT(S)**

CASE NUMBER

5:23-cv-01998

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the  ☒ Plaintiff  ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  Oct 4, 2023　　　　　Signature:  *Adam Joiner*

CV-005 (02/20)　　　APPLICATION FOR PERMISSION FOR ELECTRONIC FILING