Adam Joiner
adamjoiner741@gmail.com
58835 Marbella
La Quinta, CA 92253
442.306.6431



district court of the United States

| | |
|---|---|
| Adam Joiner | Case No. 5:23-cv-01998-PA |
| v. | [PROPOSED] MINOR'S SETTLEMENT AGREEMENT |
| Janet Yellen, Secretary of the United States Treasury | |
| Or successor officer(s) | Judge: Hon. Percy Anderson |

## [PROPOSED] MINOR'S SETTLEMENT AGREEMENT

Plaintiff brings this petition to settle a minor's claims pursuant to Local Rules 17-1 et seq and section 4309, title 50 of the United States Code. Plaintiff asks the Court to accept and certify Plaintiff's offer of just compensation and grant the Proposed Order for Disbursement and Return of Property.

Dated: October 16, 2023

Respectfully submitted,

*Adam Joiner*
Adam Joiner
adamjoiner741@gmail.com
58835 Marbella
La Quinta, CA 92253
442.306.6431

district court of the United States

| | |
|---|---|
| Adam Joiner | Case No. 5:23-cv-01998-PA |
| v. | **[PROPOSED] MINOR'S SETTLEMENT AGREEMENT** |
| Janet Yellen, Secretary of the United States Treasury | |
| Or successor officer(s) | Judge: Hon. Percy Anderson |

**Minor's Settlement Agreement**
(Local Rules 17-1 et seq)

I. **DEFINITIONS**

As used in this document, the term:

"Actions" shall mean any actions or records wherein Plaintiff is a party for or against the United States or any of their respective agencies or any actions or records wherein Plaintiff is a party in any civil actions, complaints, or judgments not involving the United States;

"Claims" shall mean a set of operative facts creating an enforceable right in court or elsewhere.

"Complaint" shall mean Minor's Complaint at Equity for the Conversion of Property.

"Declaration" shall mean the declaration attached to this Petition.

"Defendant" shall mean Janet Yellen, Secretary of the United States Treasury

"Minor" shall mean the undersigned:

  Name:  ADAM JAMES JOINER

1

| | |
|---|---|
| Born: | January 21, 1978 |
| Registered: | January 27, 1978 |
| Place: | California State |
| Age: | 45 |
| Gender: | Male |

"Negotiable Instrument" shall mean the $25,000,000,000.00 USD promissory note (No. 001) deposited contemporaneously herewith. 28 USC § 2041, 2042.

"President" shall mean President of the United States.

"Property" shall mean the trust described in section III(A) of the Complaint.

"Settlement" shall mean the settling of Minor's Claims.

## II.     RECITALS

WHEREAS:

A.     the United States President was authorized to appoint and prescribe the duties of an official to be known as the Alien Property Custodian under the Trading with the Enemy Act;

B.     the Alien Property custodian was empowered to receive all money and property in the United States due or belonging to an enemy and to hold, administer, and account for the same under the general direction of the President and the Trading with the Enemy Act;

C.     the President granted the Alien Property Custodian all the powers of a common law trustee of all property which has been, or shall be, transferred over to him;

D.     the United States later abolished the position of Alien Property Custodian and transferred jurisdiction over assets administered by the Alien Property Custodian to the Secretary of the Treasury under Executive Order 11281;

E.     the Property described in the Complaint is being held by the Secretary of Treasury;

F.     Minor delivered a Minor's Notice of Claim for Return of Property to the Secretary of Treasury by United States Certified Mail on September 26, 2023;

G.     the Actions are obligations;

H.      all money or other property received by the Secretary of Treasury as a result of any action or proceeding relating to Plaintiff that shall be considered as forming a part of the trust in respect of which such action or proceeding was brought, shall be subject to return in the same manner and upon the same conditions as any other money or property in such trust;

I.      any payment, conveyance, transfer, assignment, or delivery of money or property shall be a full acquittance and discharge for all purposes of an obligation;

J.      this Settlement transfers, and discharges, all Actions and obligations held in the Property;

K.      a promissory note is legal tender in the United States;

M.      Federal Reserve Notes are obligations of the United States;

N.      a promissory note made payable in Federal Reserve Notes is an obligation of the United States;

O.      Minor tendered Negotiable Instrument, payable in Federal Reserve Notes, to Defendant, through their principal, the United States, by way of deposit of the Negotiable Instrument with the court pursuant to 28 USC 2041; Minor tendered the Negotiable Instrument in good faith as full satisfaction of the Actions;

P.      the amount of the Negotiable Instrument, $25,000,000,000.00 USD, is the amount in controversy in the Complaint; Minor created the Negotiable Instrument using the same power used to produce the Property, namely himself, the Negotiable Instrument is bound to be honored;

Q.      the Negotiable Instrument was accepted and deposited by the United States upon its receipt because, by law, all monies paid into the Court, or received by officers thereof, must be forthwith deposited with the Treasurer of the United States, the instrument being especially endorsed to the credit of the Court by law;

R.      Minor has established an interest, right, or title in the Negotiable Instrument;

S.      under the Trading with the Enemy Act, if the court finds that a claimant has established an interest, right, or title in any property in respect of which such an election

has been served and filed, it shall order payment to the claimant of the amount so determined;

T.  a minor is required to petition the court to settle claims pursuant to Local Rules of the court;

U.  the court must approve a minor's Settlement if it is in best interest of minor;

V.  this Settlement is unequivocally in Minor's best interest;

X.  a minor may appear in court without a guardian, counsel, or guardian ad litem, for the purpose of requesting an injunction or temporary restraining order or both to prohibit harassment; and

Y.  every recital listed hereinabove is rooted in the law and so therefore contains an arguable basis in law;

**III.    THE PARTIES HEREBY AGREE AS FOLLOWS**

Pursuant to equity, the Negotiable Instrument, section 4326(a) of title 50, and that portion of the Local Rules relevant to settlement of minor's claims (L.R. 17-1 et seq), the parties herein and hereto agree:

A.  that just compensation under 50 USC § 4309(a), as it relates to this Settlement, is:

   1. payment and delivery of payment to Minor of $20,000,000,000.00 USD;

   2. return to Minor of those rights, privileges, and obligations that would have existed if Minor were never registered, as is described in 50 USC § 4329(d), including, without limitation:

      a.  issuance to Minor a Certificate of Loss of Nationality and whatever other documents may be required to ensure Minor's private status;

      b.  renewal of those licenses, titles and interests issued in Minor's name prior to the filing of the Complaint;

      c.  termination and deletion of all Actions;

      d.  observing the Civil Harassment Restraining Orders issued as part of

4

    this Settlement;

  e. acknowledge everywhere Minor's entry into the age of the majority upon completion of this Settlement;

  f. and to support the issuance of all orders necessary to accomplish the foregoing; and that:

3. Defendant, through agency or otherwise, shall forthwith and in good faith perform and obtain the foregoing for Minor.

## IV. COVENANTS AND WARRANTIES

A. Minor acknowledges that this Settlement is both final and binding. 32 CFR 536.63.

B. Minor hereby waives all claims to any net proceeds the United States may attain through the sale of the Property and claims just compensation as defined in section III(E) of this Settlement instead. 50 USC 4309(a).

C. Minor acknowledges that upon execution of this Settlement, he shall not have any claim or right of action against the United States or any department, establishment or agency thereof, or corporation owned thereby, or against any person authorized or licensed by the United States, founded upon the retention, sale, or other disposition, or use, of the Property. 50 USC 4329(d).

Dated: October 16, 2023         *Adam Joiner*
                   Adam Joiner [seal]
                    'Minor'