JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADAM JOINER,

                 Plaintiff,

      v.

JANET YELLEN,

                 Defendant.

Case No. EDCV 23-1998 PA (SPx)

JUDGMENT OF DISMISSAL

     In accordance with the Court's March 25, 2023 Minute Order dismissing this action for lack of subject matter jurisdiction and, in the alternative, for failure to state a claim,,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed for lack of subject matter jurisdiction without prejudice.

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, in the alternative, that this action is dismissed with prejudice for failure to state a claim.

DATED: March 25, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE